UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

HARBOR LIGHT METALS, LLC,  	Bankruptcy Case No. 09-08022

    Debtor,  	Adversary Proceeding No. 11-80529
_____/

THOMAS C. RICHARDSON,
Chapter 7 Trustee,

    Plaintiff,  	Case No. 1:12-cv-593

v.  	Hon. Janet T. Neff

AMERICAN METAL CHEMICAL
CORPORATION,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Amended Report and Recommendation filed July 10, 2012 by the United States Bankruptcy Judge in this action regarding the Motion for Entry of a Default Judgment against Defendant. No objections have been filed. Therefore,

**IT IS HEREBY ORDERED** that the Amended Report and Recommendation of the Bankruptcy Judge (Dkt 4) is APPROVED and ADOPTED.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Thomas C. Richardson, Trustee, against Defendant American Metal Chemical Corporation in the amount of $41,715.65, together with costs of $250.00, for a total judgment of $41,965.65, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.

Dated:  July 31, 2012  	/s/Janet T. Neff
                                                     JANET T. NEFF
                                                     UNITED STATES DISTRICT JUDGE